# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 24-cr-01639-BAS-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Rosalio Loera | Booking No. 14545506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/28/2025 the Court entered the following order:

| | |
|---|---|
| X | Defendant be released from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| | Defendant released on ____ Bond posted. |
| | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| | Defendant remanded and ( ____ bond ) ( ____ bond on appeal ) exonerated. |
| | Defendant sentenced to TIME SERVED, supervised release for ____ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| X | Case dismissed, charges pending in case no. **25-cr-439-BAS** |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| | Other. |

JILL L. BURKHARDT

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   A. Smith   619-557-6425

Crim-9 (Rev. 09/23)
Original

# Aishah Smith

| | |
|---|---|
| **From:** | Scott, Andrea (USMS)  on behalf of CAS Releases |
| **To:** | Aishah Smith |
| **Sent:** | Friday, February 28, 2025 10:52 AM |
| **Subject:** | Read: 24cr1639 Abstract |

Your message

  To: CAS Releases
  Subject: [EXTERNAL] 24cr1639 Abstract
  Sent: Friday, February 28, 2025 10:48:13 AM (UTC-08:00) Pacific Time (US & Canada)

 was read on Friday, February 28, 2025 10:51:14 AM (UTC-08:00) Pacific Time (US & Canada).

1